DAVID A. HUBBERT
Acting Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-3173 (v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAO CHEN, aka "EDWIN CHEN," ZIQUN CHEN, JIE ZHU, ERIN CHAN, NANCY KAWAMOTO, and REPUBLIC SILVER STATE DISPOSAL, Inc., dba REPUBLIC SERVICES<br><br>    Defendants. | Case No. 2:21-cv-01951-JCM-DJA<br><br>**STIPULATION AND ORDER REGARDING RELATIVE PRIORITY BETWEEN PLAINTIFF THE UNITED STATES OF AMERICA AND DEFENDANT REPUBLIC SILVER STATE DISPOSAL, Inc., dba REPUBLIC SERVICES** |

Plaintiff, the United States of America, and defendant, Republic Silver State Disposal, Inc., dba Republic Services ("Republic") agree as follows:

1.    This is a civil action brought by the United States of America to foreclose federal tax liens against certain real property located in Clark County, Nevada, at 937 Center Street, Henderson, Nevada 89015 (the Property), and is more particularly described as follows:

Stipulated As To Priority Between United States And Republic Silver State Disposal, Inc., dba Republic Services And Proposed Order
(Case No. 2:21-cv-01951-JCM-DJA)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3173

Lot Two (2) in Block One (1) of the SUNRISE SUBDIVISION NO. 1B, as shown by the map thereof on file in Book 7 of Plats, Page 26, in the Office of the County Recorder, Clark County, Nevada.
A.P.N.:179-08-716-002

2. Republic was named as a defendant pursuant to the requirements of 26 U.S.C. § 7403(b) because it may claim an interest in the Property. The United States claims no monetary relief against Republic in this action.

3. Republic, through its undersigned counsel, received a copy of the United States' Complaint (ECF No. 1) and a Summons via email on October 29, 2021. Republic waives formal service of the Summons and Complaint and agrees that this Court has jurisdiction over the res of the Property.

4. Republic does not challenge the sums secured by, or the validity of, the Notices of Federal Tax Lien as alleged in paragraphs 12, 13, and 14 of the Complaint.

5. Republic does not challenge that the Property is encumbered by the United States' Notices of Federal Tax Lien filed with the Clark County Recorder on September 22, 2016, as alleged in paragraphs 12, 13, and 14 of the Complaint.

6. Republic's interest in the Property, based upon the non-payment of fees pursuant to Nevada Revised Statutes 444.520. Republic's interest was recorded with the Clark County Recorder December 21, 2016.

7. The United States and Republic agree that the United States' interest in the Property is superior to, and has priority over, Republic's interest in the Property.

8. Republic does not object to the issuance of final order or decree permitting the United States to enforce its tax liens referenced above by way of sale of the Property.

Stipulated As To Priority Between United States And Republic Silver State Disposal, Inc., dba Republic Services And Proposed Order
(Case No. 2:21-cv-01951-JCM-DJA)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3173

9. In the event that the Court permits the sale of the Property, it will be sold free and clear of all liens of record and free of any interest Republic has in the Property, with the liens and Republic's interest to attach to the proceeds of the sale in the same amount and with the same priority that they had against the Property. The proposed Order of Judicial Sale shall provide that the sale proceeds shall be distributed in accordance with priority as agreed in paragraph seven (7) above. If the affected parties cannot stipulate to the amount of Republic's interest or claim to the proceeds of the sale, the Court may then issue subsequent orders requiring additional written briefing and/or hold evidentiary or other hearings as it may deem necessary to determine the appropriate amount of Republic's claim.

10. The United States and Republic will not seek an award of their respective costs related to this litigation, including any possible attorney's fees, from the Court.

11. Unless or until otherwise ordered by the Court, Republic is excused from further participation in this action, appearing in Court, or otherwise asserting its claim in this case.

12. Republic will be bound by the judgment in this case, which shall incorporate the terms of this stipulation.

//

//

//

Stipulated As To Priority Between United States And Republic Silver State Disposal, Inc., dba Republic Services And Proposed Order
(Case No. 2:21-cv-01951-JCM-DJA)

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-616-3173

13. The United States and Republic jointly request the Court to enter the following proposed order

Dated this 19th day of November 2021.

DAVID A HUBBERT
Deputy Assistant Attorney General

*/s/ Jonathan Hauck*
JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3173 (v)
202-307-0054 (f)
Jonathan.m.hauck@usdoj.gov

WILLIAMS STARBUCK

*/s/ Drew Starbuck*
DREW STARBUCK
612 So. 10th St.
Las Vegas, NV 89101
(702) 320-7755 (work)
dstarbuck@dhwlawlv.com

* Permission to enter e-signature granted by email dated November 18, 2021

*Attorney for Republic Silver State Disposal, Inc.*

Stipulated As To Priority Between United States And Republic Silver State Disposal, Inc., dba Republic Services And Proposed Order
(Case No. 2:21-cv-01951-JCM-DJA)

4

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3173

## Order Approving Stipulation

The foregoing Stipulation is approved.

**It is so ordered.**

Dated November 19, 2021.

                                            JAMES C. MAHAN
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

DAVID A. HUBBERT
Deputy Assistant Attorney General

JONATHAN M. HAUCK
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-616-3173(v)
202-307-0054 (f)
jonathan.m.hauck@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on this 19th day of November, 2021, I filed the foregoing documents on the Court's e-filing system, which will automatically serve CM/ECF participants, and caused the mailing of the documents by first-class mail, postage prepaid, to the following persons:

Drew Starbuck
612 So. 10th St.
Las Vegas, NV 89101

*Attorney for Republic Silver State Disposal, Inc*

                                                           */s/ Jonathan Hauck*
                                                           JONATHAN M. HAUCK
                                                           Trial Attorney
                                                           United States Department of Justice
                                                           Tax Division