UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CHAO CHEN, aka "EDWIN CHEN," ZIQUN CHEN, JIE ZHU, ERIN CHAN, NANCY KAWAMOTO, and REPUBLIC SILVER STATE DISPOSAL, Inc., dba REPUBLIC SERVICES<br><br>   Defendants. | Case No. 2:21-cv-01951-JCM-DJA<br><br>**ORDER GRANTING MOTION FOR SERVICE BY PUBLICATION** |

   Plaintiff, the United States of America, has moved the Court to issue an order authorizing plaintiff to serve defendants Chao Chen, Ziqun Chen, Jie Zhu, and Erin Chan by publication pursuant to Fed. R. Civ. P 4(e)(1) and Nev. R. Civ. P. 4.4(c)(3) and 4.4(d), in a newspaper widely circulated in the area of their last known addresses and the address of the property at issue.

   The Court FINDS that the affidavits and exhibits submitted by Plaintiff demonstrate that defendants Chao Chen, Ziqun Chen, Jie Zhu, and Erin Chan are necessary parties, a cause of

action exists against them, and that service by publication pursuant to Nev. R. Civ. P. 4.4(c)(3) and 4.4(d) is appropriate in this case.

     Plaintiff is hereby ORDERED to serve defendants Chao Chen, Ziqun Chen, Jie Zhu, and Erin Chan, by publication in English in the Los Angeles Times and the Las Vegas Review-Journal, once a week for four consecutive weeks, service of which is to be completed within 45 days of this order.

     Plaintiff is FURTHER ORDERED to mail a copy of this order authorizing service by publication, the summons, and complaint to defendants Chao Chen, Ziqun Chen, Jie Zhu, and Erin Chan last known addresses. Plaintiff shall also deliver a copy of this order authorizing service by publication, the summons, and complaint to Chao Chen's criminal defense attorney via certified mail. Finally, Plaintiff attempt to deliver a copy of this order authorizing service by publication, the summons, and complaint via email to Erin Chan and to Chao Chen's criminal defense attorney.

     IT IS SO ORDERED.

DATED: August 8, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE