DAVID A. HUBBERT
Deputy Assistant Attorney General

M. BLAIR HLINKA
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6483
202-307-0054 (f)
m.blair.hlinka@usdoj.gov
western.taxcivil@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

CHAO CHEN, aka "EDWIN CHEN," ZIQUN CHEN, JIE ZHU, ERIN CHAN, NANCY KAWAMOTO, and REPUBLIC SILVER STATE DISPOSAL, Inc., dba REPUBLIC SERVICES

     Defendants.

Case No. 2:21-cv-01951-JCM-DJA

**ORDER ENTERING DEFAULT JUDGMENT AGAINST DEFENDANTS CHAO CHEN, ZIQUN CHEN, JIE ZHU, ERIN CHAN, AND NANCY KAWAMOTO**

Before the Court is the United States' Motion for Default Judgment Against Defendants Chao Chen (also known as "Edwin Chen"), Ziqun Chen, Jie Zhu, Erin Chan, and Nancy Kawamoto. Upon consideration of the Motion, the record herein, and for good cause shown, IT IS HEREBY ORDERED:

    A.    The United States' Motion for Default Judgment Against Chao Chen, Ziqun Chen, Jie Zhu, Erin Chan, and Nancy Kawamoto is GRANTED;

Order
Case No. 2:21-cv-01951-JCM-DJA

1

B.      The United States has valid federal tax liens against all property and rights to property of Chao Chen, including, but not limited to, his interest in the Subject Property;

C.      The federal tax liens against Chao Chen encumbering the Subject Property are foreclosed;

D.      Chao Chen is the true owner of the Subject Property;

E.      Ziqun Chen, Jie Zhu, Erin Chan, and Nancy Kawamoto, have no interest in the Subject Property; and

F.      The United States may submit an Order of Foreclosure and Judicial Sale of the Subject Property, consistent with the Stipulation between Republic Services and the United States (ECF No. 4).

**IT IS SO ORDERED**.


DATE: March 16, 2023
_____


_____
UNITED STATES DISTRICT JUDGE

Order
Case No. 2:21-cv-01951-JCM-DJA

2